PROB 12B
(04/08)

October 28, 2014
pacts id: 234769

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Darryl Eugene Peterson (English)          **Dkt No.:** 10CR02792-003-WQH

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, U.S. District Judge

**Sentence:** 54 months' custody; 5 years supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** May 31, 2011

**Date Supervised Release Commenced:** June 11, 2014

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

*(Restitution)*
Pay restitution in the amount of $11,745.12, to Citibank, 3777 Avocado Lane, La Mesa, CA 91942, jointly and severally with co-defendants, through the Clerk, U.S. District Court, at the rate of $100 per month.

PROB12B
Name of Offender: Darryl Eugene Peterson
Docket No.: 10CR02792-003-WQH

October 28, 2014
Page 2

## CAUSE

The Judgment and Commitment in this matter states Mr. Peterson is to pay restitution while incarcerated, with the remaining balance to be made following his release from prison. There was no set monthly payment schedule established. In reviewing Mr. Peterson's financial status, it was determined and agreed upon, that he pay $100 a month. The Financial Litigation Unit was informed and offered no objection. As such, it is requested his conditions be modified as noted.

Mr. Peterson has agreed to the requested modification, as evidenced by his signature on the attached Probation Form 49.

Respectfully submitted:

by _Jessica C. Hood_

Jessica C. Hood
U.S. Probation Officer
(619) 557-5246

Reviewed and approved:

Elizabeth P. Simons
Supervising U.S. Probation Officer

Attachments:

## THE COURT ORDERS:

___ The Modification of Conditions as Noted Above

___ Other _____

_____
The Honorable William Q. Hayes
U.S. District Judge

Date  10/3./14