# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL PETERSON<br><br>Defendant. | CASE NO.: 10-CR-2792-WQH<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Joint motions for early termination (ECF No. 179 and ECF No. 177) are granted and pursuant to 18 U.S.C. § 3583(e)(1), the Court terminates the term of supervised release in this case an discharges Mr. Peterson.

**IT IS SO ORDERED**.

Dated: January 3, 2019

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court